UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TREVIS D. BROWN,

        Plaintiff,

v.

        Case No. 11-CV-11535
        HON. GEORGE CARAM STEEH

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

<u>ORDER ACCEPTING REPORT AND RECOMMENDATION (#14),
DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (#11),
AND GRANTING IN PART AND DENYING IN PART PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT (#8)</u>

On April 11, 2011, plaintiff filed a complaint for judicial review following an adverse decision of the Commissioner of Social Security. The matter was referred to Magistrate Judge Whalen and then reassigned to Magistrate Judge Grand. The parties filed cross-motions for summary judgment. On June 20, 2012, Magistrate Judge Grand issued a report and recommendation on the cross-motions for summary judgment. In his report, Magistrate Judge Grand recommends defendant's motion for summary judgment be denied, plaintiff's motion for summary judgment be granted in part to the extent it seeks remand and denied in part to the extent it seeks an award of benefits, and that, pursuant to sentence four of 42 U.S.C. §405(g), this case be remanded to the ALJ for further proceedings. The parties have not filed objections to the report and recommendation, and the deadline for doing so has passed. The court has reviewed the report and recommendation, and in the absence of timely objection,

The court hereby adopts Magistrate Judge Grand's June 20, 2012 report and recommendation. Defendant's motion for summary judgment is DENIED, plaintiff's motion for summary judgment is GRANTED IN PART to the extent it seeks remand and DENIED IN PART to the extent it seeks an award of benefits, and this case is REMANDED to the ALJ for further proceedings.

SO ORDERED.

Dated:  July 11, 2012

> s/George Caram Steeh
> GEORGE CARAM STEEH
> UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 11, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk