UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TREVIS D. BROWN,

       Plaintiff,

                                         Case No. 11-CV-11535
v.                                   HON. GEORGE CARAM STEEH

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## JUDGMENT

The above entitled matter has come before the court upon the cross-motions for summary judgment filed by the parties, and in accordance with the order entered on this date,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is hereby entered in favor of plaintiff and against defendant to the extent this matter is remanded for further administrative proceedings consistent with the order.

SO ORDERED.

                                            DAVID J. WEAVER
                                            CLERK OF THE COURT

                                            BY: s/Marcia Beauchemin
                                                DEPUTY COURT CLERK

Dated: July 11, 2012